Gertrude Hall, Appellee, v. Arthur O. McNair, Trading as McNair Liquor Store, and Neibro Building Corporation, Appellants.

Gen. No. 41,722.

Heard in third division, first district, this court at June term, 1941; opinion filed May 27, 1942. Lord, Bissell & Kadyk, for appellants; Bruce S. Parkhill and Gaynor K. Rutherford, of counsel; Harris B. Gaines and Elijah B. Kelley, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."